# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-18-00711-CV

---

**Texas Commission on Environmental Quality, Appellant**

**v.**

**City of Cleburne, Texas, and Johnson County, Texas, Appellees**

---

**FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY**
**NO. D-1-GN-16-005692, THE HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

The parties before the Court have jointly filed a motion to dismiss this appeal for want of jurisdiction due to a settlement resolving all relevant issues. Having reviewed the motion and the record, we grant the motion and render judgment dismissing this appeal as moot.

_____

Edward Smith, Justice

Before Chief Justice Rose, Justices Triana and Smith

Dismissed on Joint Motion

Filed: February 6, 2020